**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| JONATHAN LEVINE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 16-CV-633-TCK-tlw |
| | ) |
| STATE FARM FIRE & | ) |
| CASUALTY COMPANY, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Before the Court is Plaintiff's Motion to Remand (Doc. 25), which Defendant does not oppose. Plaintiff has stipulated that the amount in controversy does not and will not exceed the sum or value of $75,000, and therefore the Court lacks subject matter jurisdiction pursuant to 28 U.S.C. § 1332. Defendant's motion is GRANTED, and this case is remanded to the District Court for Tulsa County, Case No. CJ-2016-03175.

**SO ORDERED** this 15th day of June, 2017.

*/s/ Terence Kern*
**TERENCE KERN**
**United States District Judge**